[No. 27597-3-III.   Division Three.   September 10, 2009.]

DANNY ROBINS, *Appellant*, v. HOME CARE OF WASHINGTON, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 06-2-00416-1, John E. Bridges, J., entered October 20, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Korsmo, JJ.

[No. 61475-4-I.   Division One.   September 14, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. QUEIMEC FIKILINI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-08913-4, Paris K. Kallas, J., entered December 3, 2007. *Dismissed* by unpublished per curiam opinion.

[No. 61649-8-I.   Division One.   September 14, 2009.]

BLYTHE C. LAWRENCE, *as Personal Representative*, *Respondent*, v. MARY FUNG KOEHLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-05945-0, Laura Gene Middaugh, J., entered March 18, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Leach, JJ.

[No. 61812-1-I.   Division One.   September 14, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. WENDELL MITCHELL ARMSTEAD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-01793-8, Gerald L. Knight, J., entered May 30, 2008. *Affirmed* by unpublished opinion per Agid, J., concurred in by Schindler, C.J., and Appelwick, J.